DAN SCHWARTZ, Respondent, *v.* MICHAEL TODD, Appellant.

Argued February 27, 1945; decided April 5, 1945.

*Harold J. Sherman* and *I. Jack London* for appellant.
*Joseph J. Jacobs* and *Milton C. Jacobs* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.